EXHIBIT 3

Abbott

# UPDATE TO IMPORTANT INFORMATION REGARDING SVD IN TRIFECTA FAMILY OF VALVES

**Trifecta™ Valve and Trifecta™ Valve with Glide Technology**

**Model:** TF-19A, TF-21A, TF-23A, TF-25A, TF-27A, TF-29A, TFGT-19A, TFGT-21A, TFGT-23A, TFGT-25A, TFGT-27A, and TFGT-29A

July 31, 2023

Dear Valued Customer,

The purpose of this letter is to inform you that Abbott is initiating a US Market Withdrawal for the Trifecta family of valves (see Table 1 below) and will be removing the limited remaining inventory from the field.

On February 27, 2023, Abbott and the US FDA communicated the potential for early Structural Valve Deterioration (SVD) and provided patient management considerations for those patients implanted with the Trifecta and Trifecta GT valves. The assessment of incidence and risk associated with early SVD has not changed since the February communication. Abbott continues to work closely with the FDA on post-market surveillance associated with prior implants.

Abbott decided to discontinue its Trifecta family of valves to focus on tissue heart valve solutions that maximize possibilities for lifetime management of valvular heart disease. Abbott is initiating inventory-related activities world-wide in accordance with respective regulatory frameworks.

**Patient Management Considerations**

The patient management considerations previously provided in the February 2023 communication remain in effect (https://www.structuralheart.abbott/fileadmin/pdf/FINAL_Abbott_Letter_US_Trifecta_Abbott_Website_signed.pdf).

**Steps Abbott is Requesting You to Take**

Abbott will collect its unused consigned inventory and will assist you with returning any customer-owned inventory. We request that you acknowledge this communication with the accompanying form.

In addition, please continue to report any adverse reactions or quality problems experienced with the use of these products to Abbott. Reports may also be sent to the FDA's MedWatch Adverse Event Reporting program by completing Form FDA 3500 online at www.FDA.gov, calling 1-800-FDA-1088 or faxing to 1-800-FDA-0178.

Please contact your local Abbott representative with any questions.

Sincerely,

Christopher Gallivan
Divisional Vice President, Quality
Abbott Structural Heart

Abbott

# UPDATE TO IMPORTANT INFORMATION REGARDING SVD IN TRIFECTA FAMILY OF VALVES

**Trifecta™ Valve and Trifecta™ Valve with Glide Technology**

**Model:** TF-19A, TF-21A, TF-23A, TF-25A, TF-27A, TF-29A, TFGT-19A, TFGT-21A, TFGT-23A, TFGT-25A, TFGT-27A, and TFGT-29A

**Table 1: Trifecta Family in Scope of Update**

| Model Number | Product Description | GTN/UDI |
|---|---|---|
| TF-19A | Trifecta™ Valve 19mm | 05414734052016 |
| TF-21A | Trifecta™ Valve 21mm | 05414734052023 |
| TF-23A | Trifecta™ Valve 23mm | 05414734052030 |
| TF-25A | Trifecta™ Valve 25mm | 05414734052047 |
| TF-27A | Trifecta™ Valve 27mm | 05414734052054 |
| TF-29A | Trifecta™ Valve 29mm | 05414734052061 |
| TFGT-19A | Trifecta™ Valve with Glide Technology 19mm | 05415067018205 |
| TFGT-21A | Trifecta™ Valve with Glide Technology 21mm | 05415067018212 |
| TFGT-23A | Trifecta™ Valve with Glide Technology 23mm | 05415067018229 |
| TFGT-25A | Trifecta™ Valve with Glide Technology 25mm | 05415067018236 |
| TFGT-27A | Trifecta™ Valve with Glide Technology 27mm | 05415067018243 |
| TFGT-29A | Trifecta™ Valve with Glide Technology 29mm | 05415067018250 |